**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DAVID K. ASA**                                                                             **PLAINTIFF**

**V.**                                           **CASE NO. 1:15-CV-00085-SA-SAA**

**NORTH MISSISSIPPI MEDICAL CLINICS, INC.**                      **DEFENDANT**

**ORDER DISMISSING CASE WITH PREJUDICE**

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed with prejudice, it is hereby ORDERED that this cause be, and the same hereby is, dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

SO ORDERED on this the    6th    day of September, 2016.

                                                                  /s/ Sharion Aycock
                                               UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

*/s/ Louis H. Watson, Jr.*
LOUIS H. WATSON, JR., ESQ.
*Attorney for Plaintiff*

*/s/ Martin J. Regimbal*
MARTIN J. REGIMBAL, ESQ.
*Attorney for Defendant*